FILED

MAY 14 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THEONDREY BURRELL, | ) | CASE NO. 1:26 CR 00225 |
| NAI'SHAWN SMALLEY, | ) | Title 18, United States Code, |
| CHASE EDWARDS, | ) | Sections, 922(o), 933(a)(1) and |
| | ) | (3), and Title 21, United States |
| Defendants. | ) | Code Sections 841(a)(1) and |
| | ) | (b)(1)(C) |

JUDGE GAUGHAN

## COUNT 1
(Conspiracy to Engage in Firearms Trafficking, 18 U.S.C. §§ 933(a)(1) and (3))

The Grand Jury charges:

1. From on or about February 12, 2026, through April 22, 2026, in the Northern District of Ohio, Eastern Division, Defendants THEONDREY BURRELL, NAI'SHAWN SMALLEY, and B.S., identified but not charged herein, and others known and unknown to the Grand Jury, did knowingly and intentionally attempt or conspire, to ship, transport, transfer, and cause to be transported or otherwise dispose of firearms to other persons, in or otherwise affecting interstate of foreign commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearms by the other persons would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1) and (3).

## OBJECT OF THE CONSPIRACY

2. It was the object of this conspiracy that the Defendants THEONDREY BURRELL, NAI'SHAWN SMALLEY, and B.S., identified but not charged herein, possessed and transferred firearms and machineguns for profit.

1

## MANNER AND MEANS OF THE CONSPIRACY

3.     It was part of the conspiracy that Defendants:

a.  Obtained firearms and machinegun conversion devices and then sold them for profit;

b.  Brokered firearm and machinegun conversion device sales;

c.  Communicated with potential buyers using cellular telephones and text messages to arrange for potential firearm and machinegun sales;

d.  Worked together to sell firearms and machineguns to buyers;

e.  Sold firearms to buyers they knew or had reason to believe they planned to traffic firearms to Canada, exchange firearms for controlled substances, or otherwise intended to illegally possess or use;

f.  Sold a combined total of approximately 14 firearms and 6 machine gun conversion devices;

g.  Unlawfully utilized the assistance of a juvenile to further the object of the conspiracy.

### Overt Acts

4.     In furtherance of the conspiracy, and to effect the object of the conspiracy, Defendants THEONDREY BURRELL, NAI'SHAWN SMALLEY, and B.S., identified but not charged herein, performed overt acts in the Northern District of Ohio, including but not limited to, at least one of the following acts:

5.     On February 12, 2026, THEONDREY BURRELL, obtained two firearms from B.S., a juvenile, and sold them to undercover agents in a McDonalds parking lot in East Cleveland, Ohio for a total of $2000.00.

2

6. During the sale on February 12, 2026, four males waited nearby in a separate vehicle that was later determined to be registered to NAI'SHAWN SMALLEY.

7. During the sale on February 12, 2026, undercover agents indicated they did not care if the serial numbers were scratched off, or if the firearms were stolen, and stated that they were planning to bring the firearms to Canada be sold.

8. On February 14, 2026, Defendant THEONDREY BURRELL, communicated with undercover agents via text regarding the sale of firearms to the undercover agents:

> UC: U ginna have anything on deck next week or 2?
> BURRELL: Im ot right now settin uo the next trip
> BURRELL: How many you want
> UC: Depends on type and price
> BURRELL: Prolly won't be back for a week so prolly have a good stack lmk what u got and we can put it together

9. On February 20, 2026, Defendant THEONDREY BURRELL, communicated further with undercover agents via text regarding the sale of firearms and brokering a sale between the undercover agents and the juvenile, B.S.:

> UC: U gonna be able to link Monday?
> BURRELL: Yeah but my homie would be selling his stuff mines still in the works and I'm waiting on packages
> UC: Aight whats he got and prices
> BURRELL: I'm gone call him in a second

10. On February 23, 2026, the juvenile, B.S. communicated with the undercover agent via a text regarding the sale of firearms and negotiated prices with the undercover agent:

> B.S.: Yo T sent me
> UC: Yo whats up bro he said u cool im gonna be coming thru 2mortow u got some shit for sale
> B.S.: Yo I got a micro 4" 300 black out for $1100 and fde glock 23 gen 5 $750

11. On February 24, 2026, B.S. sold two firearms to undercover agents in a Walmart parking lot at Steelyard Commons in Cleveland, Ohio for a total of $1,800.00. During the sale,

3

B.S. stated to the undercover agents that one of the firearms belonged to THEONDREY BURELL. B.S. further stated that he supplied the firearms previously sold by BURRELL on February 12, 2026.

12. During the sale on February 24, 2026, the undercover agents indicated they planned to bring the firearms to Canada or possibly trade one of them for an ounce of cocaine. Agents inquired if B.S. knew anyone with "buttons" (machinegun conversion devices). B.S. responded that he did.

13. After the sale on February 24, 2026, BURRELL communicated with the undercover agents to confirm the sale with B.S. was successful:

> BURRELL: Everything good bro?
> UC: yeah he solid good looks
> UC: I get you on the back end
> BURRELL: Ok bet

14. On March 25, 2026, B.S. communicated with the undercover agent via a text regarding the sale of firearms and machinegun conversion devices and negotiated prices with the undercover agents. B.S. informed undercover agents that another person would be bringing the machinegun conversion devices:

> B.S.: My bro was tryna see if he bring you 3 switches at at time what would you pay
> B.S.: He said he'll let you get em for a super good price as long as you coming back
> UC: He comin tomorrow so i can see them? How much he want
> B.S.: They metal he got pink black and silver
> UC: Price?
> B.S. He was really tryna hear yo price you was comfortable paying per switch
> UC: Pic won't open
> UC: He do 500 for 3 and if they all get good reviews I'll buy as many as he can get
> B.S.: He said he pay 550 a switch

4

15. On March 26, 2026, NAI'SHAWN SMALLEY and B.S. sold 2 firearms, one equipped with a machinegun conversion device, and one additional machinegun conversion device, to undercover agents in a Walmart parking lot at Steelyard Commons in Cleveland, Ohio for a total of $4,400.00. During the sale undercover agents expressed interest in purchasing more machinegun conversion devices or if they knew someone who sold methamphetamine. SMALLEY stated that he had a connection.

16. From March 26, 2026, through April 22, 2026, NAI'SHAWN SMALLEY communicated with undercover agents via text and phone calls regarding the sale of firearms, machinegun conversion devices and methamphetamine. The agreed upon price was $11,900.00 for the firearms. The price of the methamphetamine was an additional $550.

17. On April 22, 2026, NAI'SHAWN SMALLEY and B.S. sold 8 firearms, four of which were equipped with a machinegun conversion device, and methamphetamine, to undercover agents in a Five Guys parking lot at Steelyard Commons in Cleveland, Ohio.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (3)

## COUNT 2
(Trafficking in Firearms, 18 U.S.C. § 933(a)(1))

The Grand Jury further charges:

18. On or about February 12, 2026, in the Northern District of Ohio, Eastern Division, Defendant THEONDREY BURRELL did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

| DATE | FIREARMS |
|---|---|
| 02/12/2026 | Radical Firearms, model RF-15, .556 caliber pistol, bearing serial number RD10827 |
| 02/12/2026 | Diamondback Arms, model DB-15, multi-caliber pistol, bearing serial number DB2674255 |

5

to a Recipient in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the Recipient would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

COUNT 3
(Trafficking in Firearms, 18 U.S.C. §§ 933(a)(1))

The Grand Jury further charges:

19.     On or about February 24, 2026, in the Northern District of Ohio, Eastern Division, Defendant THEONDREY BURRELL, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

| DATE | FIREARMS |
|---|---|
| 02/24/2026 | Palmetto State Armory, model PA-15, multi-caliber pistol, bearing serial number SCB166332 |
| 02/24/2026 | Glock, model 23, .40 caliber pistol, bearing serial number CELC220 |

to a Recipient in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the Recipient would constitute a felony, in violation of Title 18, United States Code, Sections 933(a)(1).

COUNT 4
(Trafficking in Firearms, 18 U.S.C. §§ 933(a)(1))

The Grand Jury further charges:

20.     On or about March 26, 2026, in the Northern District of Ohio, Eastern Division, Defendant NAI'SHAWN SMALLEY, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

| DATE | FIREARMS |
|---|---|
| 03/26/2026 | Palmetto State Armory, model PA-15, multi-caliber pistol, bearing serial number SCNL109080 |
| 03/26/2026 | Glock, model 26 Gen 5, 9mm caliber pistol, bearing serial number AKZW585 (equipped with a high-capacity magazine and a machine gun conversion device) |

6

to a Recipient in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the Recipient would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

## COUNT 5

(Possession or Transfer of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

21.     On or about March 26, 2026, in the Northern District of Ohio, Eastern Division, Defendant NAI'SHAWN SMALLEY, did knowingly possess or transfer a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a machinegun conversion devices, which is a part, or combination of parts, designed and intended solely and exclusively for use in converting a weapon into a machine gun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 6
(Trafficking in Firearms, 18 U.S.C. §§ 933(a)(1))

The Grand Jury further charges:

22.     On or about April 22, 2026, in the Northern District of Ohio, Eastern Division, Defendant NAI'SHAWN SMALLEY, did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

| DATE | FIREARMS |
|------|----------|
| 04/22/2026 | Glock, model 17, 9mm pistol, bearing serial number SEW262 |
| 04/22/2026 | Glock, Model 22, .40 caliber pistol, bearing serial number BCDP294 |
| 04/22/2026 | Glock, model 20, 10mm caliber pistol, bearing serial number AKZV635 |
| 04/22/2026 | Glock, model 26, 9mm caliber pistol bearing serial number AGBM842 |
| 04/22/2026 | Glock model 45, 9mm caliber pistol, bearing serial number CCEB800 |
| 04/22/2026 | Glock, model 26, 9mm caliber pistol bearing serial number BVYC388 |
| 04/22/2026 | Glock, model 19, 9mm caliber pistol, bearing serial number CESF627 |

| 04/22/2026 | Romarm/Cugir, model Mini Draco, 7.62 caliber pistol, bearing serial number 8753-2019RO |
|---|---|

to a Recipient in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the Recipient would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

## COUNT 7

(Possession or Transfer of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

23. On or about April 22, 2026, in the Northern District of Ohio, Eastern Division, Defendant NAI'SHAWN SMALLEY, did knowingly possess or transfer a firearm as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machinegun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a machinegun conversion devices, which is a part, or combination of parts, designed and intended solely and exclusively for use in converting a weapon into a machine gun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 8
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

24. On or about April 22, 2026, in the Northern District of Ohio, Eastern Division, Defendant NAI'SHAWN SMALLEY and CHASE EDWARDS, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

The Grand Jury further charges:

25.    For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d)(1), 934, and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 8 are incorporated herein by reference. As a result of foregoing offenses, Defendants THEONDREY BURRELL NAI'SHAWN SMALLEY, and CHASE EDWARDS, shall forfeit to the United States, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the violations charged in Counts 1 through 8; any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of the violations charged in Counts 1 through 8; any and all firearms and ammunition involved in or used in the commission of the firearms offenses charged in Counts 1 through 7; and any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offenses charged in Counts 1 through 8.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

9